AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 12, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ANA AYALA, an individual, on behalf of herself and all others similarly situated, *Plaintiff* v. SPOKANE TEACHERS CREDIT UNION, *Defendant* | Civil Action No. 4:23-CV-5172-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 16, is GRANTED. Plaintiff's 42 U.S.C. § 1981 claim is DISMISSED with prejudice. Plaintiff's Washington Law Against Discrimination claim is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a motion to dismiss.

Date: 4/12/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams